# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| David Perkins #449-719, <br><br> Plaintiff, <br><br> v. <br><br> LT. W. DONOWAY, et al., <br><br> Defendants. | Civil Action No. DLB-20-811 |

## AMENDED SCHEDULING ORDER

THIS MATTER comes before the Court on the Joint Motion to Extend Discovery and Modify Scheduling Order. Having considered the pleadings, and for good cause shown, the Court finds that modifying the scheduling order under Rule 16 of the Federal Rules of Civil Procedure is appropriate. Accordingly, it is hereby

**ORDERED**, that the Joint Motion to Extend Discovery and Modify Scheduling Order is **GRANTED**; and it is further

**ORDERED**, that the scheduling order in this case is **MODIFIED** as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | November 2, 2023 | January 31, 2024 |
| Defendant's Rule 26(a)(2) disclosures | December 4, 2023 | March 4, 2024 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | December 18, 2023 | March 18, 2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 8, 2024 | April 8, 2024 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Discovery deadline; submission of status report | January 18, 2024 | April 17, 2024 |
| Requests for admission | January 25, 2024 | April 24, 2024 |
| Dispositive pretrial motions deadline | February 15, 2024 | May 15, 2024 |

**SO ORDERED** on this  20th  day of  December  2023.

_____
Deborah L. Boardman
United States District Judge